IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL M. TATRO, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> ) <br> Defendant. ) <br> _____) | 1:10cv1951 DLB <br><br> ORDER GRANTING STIPULATION <br> FOR SENTENCE SIX REMAND <br> (Document 11) <br><br> ORDER REQUIRING <br> STATUS REPORTS |

Plaintiff April M. Tatro ("Plaintiff") filed this action for review of the denial of social security benefits on October 15, 2010.

On January 7, 2011, the parties filed a stipulation for remand pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), on the grounds that the transcript of Plaintiff's May 28, 2008, administrative hearing cannot be located.

Accordingly, the parties' stipulation is GRANTED and this action is REMANDED to allow an Administrative Law Judge to hold a de novo hearing.

1

1  The Court further ORDERS the parties to file a joint status report within 90 days of the date of service of this order.  Thereafter, the parties shall file a joint status report every 120 days until this action is returned to this Court or otherwise resolved.

IT IS SO ORDERED.

**Dated:   January 7, 2011**                          /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE