IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL TATRO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | 1:10cv01951 DLB<br><br>ORDER GRANTING STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(Document 19) |

On February 27, 2012, the parties submitted a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly, it is ORDERED that Plaintiff be awarded attorney fees under the EAJA in the amount of ONE THOUSAND dollars ($1,000.00) and costs in the amount of SIXTY dollars ($60.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend

1

1  on whether the fees, expenses are subject to any offset allowed under the United States Department
2  of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the
3  government will determine whether they are subject to any offset.

4  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
5  determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
6  fees, expenses and costs to be made directly to Lawrence Rohlfing, pursuant to the assignment
7  executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

8  The stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
9  fees and expenses, and does not constitute an admission of liability on the part of Defendant under
10 the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
11 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and
12 expenses in connection with this action.

13 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
14 attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

16 IT IS SO ORDERED.

17 Dated:   **February 28, 2012**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2